FILED

04/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0095

JADA KU,

      Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC SCHOOLS,

      Defendant and Appellee.

FILED

APR 16 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Jada Ku, pro se, filed the opening brief on appeal on April 14, 2021. Rules 10 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. The Court has determined that Appellant's brief does not comply with these rules. Accordingly,

IT IS ORDERED that the signed original and copies of the referenced brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, the Appellant's opening brief must be revised to include:

1. A table of contents and authorities, a statement of issues presented for review to indicate the nature of the case, a statement of the case to explain what occurred at the trial court level, a statement of facts with citations to the record, the applicable standard of review, a summary of the argument, an argument, and a conclusion, pursuant to Rule 12(1)(a) through (h);
2. References to the record on appeal, e.g., Transcript, p. 231, Judgment, p. 3, or Motion for Summary Judgment, p. 2, pursuant to Rule 12(9); and
3. A signed certificate of compliance, pursuant to Rule 11(4)(e), that states that the document's line spacing is proportionately spaced, the text is double spaced, and the calculated word count;

IT IS FURTHER ORDERED that the signed original and copies of the *revised* brief ordered herein be filed within fourteen (14) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide Appellant with a copy of the *Civil Handbook* for litigants proceeding before this Court without an attorney;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief; and

IT IS FURTHER ORDERED that the Clerk of this Court is directed to mail a true copy of this Order, together with all copies of Appellant's brief, to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this ____ day of April, 2021.

For the Court,

By_____
                    Justice

2